**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1831

HERSCHELL L. HARRIS,

Plaintiff - Appellant,

versus

SUE KING,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-96-238)

Submitted: November 7, 1996      Decided: November 18, 1996

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Herschell L. Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his employment discrimination action as frivolous under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, Harris v. King, No. CA-96-238 (E.D. Va. Mar. 21, 1996), but modify the dismissal to be without prejudice. 28 U.S.C. § 2106 (1994). We deny Appellant's motions for production of documents, expedited consideration, and to amend the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2